**FULL NAME** Robert Genel

**COMMITTED NAME (if different)**

**FULL ADDRESS INCLUDING NAME OF INSTITUTION** 9500 ETiwand avenue
RC. CA. 91739
West valley Detention Center

**PRISON NUMBER (if applicable)** #2103080066

RELATED DDJ

FILED
CLERK, U.S. DISTRICT COURT

FEB 27 2023

CENTRAL DISTRICT OF CALIFORNIA
BY EEC  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Robert Genel

PLAINTIFF,

v.

Victorville court
San Bernadino County, DEFENDANT(S).

**CASE NUMBER** EDCV23-00332-JFW(DFM)

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ■ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:  N/A
   Plaintiff _____
   _____
   Defendants _____
   _____
b. Court _____
   _____
c. Docket or case number _____
d. Name of judge to whom case was assigned _____
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
f. Issues raised: _____
   _____
   _____
g. Approximate date of filing lawsuit: _____
h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ■ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ■ Yes  ☐ No

   If your answer is no, explain why not _____
   _____
   _____

3. Is the grievance procedure completed? ■ Yes  ☐ No

   If your answer is no, explain why not _____
   _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __Robert Genel #2103080066__
(print plaintiff's name)
who presently resides at __9500 ETiwanda Ave, R.C. CA, 91739__,
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
__Victorville Courthouse, 14455, Civic Drive__
(institution/city where violation occurred)
__Victorville, CA, 92392__

**CIVIL RIGHTS COMPLAINT**

CV-66 (7/97)                                                                                                    Page 2 of 6

on 1-13-2023 The Judge, District attorney, Public Defender all objected To Me passing The Competency Program for The 3rd Time; Denieing my right To A Fair & Speedy Trial, and my rights To A Trial, postponing my court dates & Trial dates with out my Permission, exstending my Jail Time and Forcing me To do Jail Time when I was never Found guilTy of any crime There Forcing me To do more Jail Time Then The Sentencing Time Frame carries. IT's considered CruleTy; Crule & unusal punishment; False Imprisonment; CruleTy To mankind; Uncivilized Hostage SiTuaTion Holding A person HosTage and against his will. There also Emposing A medical Evaluation & Medication on me when I don't have any medical problems or need any medications They Forced me To do medications Against my will and LefT me Tied up in A cell To die and denied me medical ATTenTion. which is CruleTy To Human CruleTy To InmaTe, BruTaliTy To InmaTe, PoisioningInmaTe ATempTed murder on Inmate; They Brutaly Focred me To do medication when I wasn't on any Sort of Meds. Trying to overdose me with malice EnTenT To Kill which is ATempTed murder, By Forced Injection, Also Victorville courTs are InTenTionally ThreaTing my life by InTenTionally placing in The compeTency program over & over when They alread made more Then one ATempT on my Life already when I didn't die The First Time They put me in The program a Second Time and now that I didn't die They objected To me passing the program For The 3rd Time. So I believe There ThreaTing my Life and are Trying To get me killed In Jail which is Premeditated ATTempTed Murder.

on (date or dates) __8-3-2021__, __9-16-2022__, __1-10-23__.
           (Claim I)              (Claim II)              (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Judge__ resides or works at
   (full name of first defendant)
   __Victorville court, 14455 Civic Dr. V.V. CA. 92392__
   (full address of first defendant)
   __Judge in Department V-8__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __He wrongfully put me in a competency program when I requested a speedy trial, which almost caused me to die.__

2. Defendant __Defense Attorney__ resides or works at
   (full name of first defendant)
   __Victorville court, 14455 Civic Dr. V.V. CA. 92392__
   (full address of first defendant)
   __Public defender__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __He placed me in a competency program when I demanded a speedy trial, which almost caused me to die.__

3. Defendant __Bailiff__ resides or works at
   (full name of first defendant)
   __Victorville court, 14455 Civic Dr. V.V. CA 92392__
   (full address of first defendant)
   __Sheriff deputy in Department V8__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __One of the officers who beat on me in handcuffs and shackles when I fired my lawyer and demanded trial.__

4. Defendant __Judge__ resides or works at
(full name of first defendant)
__Victorville court, 14455 Civic Dr. V.V, CA. 92392__
(full address of first defendant)
__Judge in Department V.2__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:
She Deemed me Incompedent To stand Trial and is Trying To Force me to Take Medication which almost caused me To die.

5. Defendant __Defence ATTorney__ resides or works at
(full name of first defendant)
__Victorville court, 14455 Civic Dr. V.V, CA. 92392__
(full address of first defendant)
__Public defender Department V.2__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:
He Said I was Incompedent To stand Trial even Though I complected the Compedency program Twice. And he's Trying To Force me To Take Dangerious and deadly medication which almost Caused me death. And He's Trying To Order me to Take Medication when I dont want or need To Take Medications and There Trying To Force me To See Doctors when I dont have any Physcological or Medical Concerns Causing me To have been physically Harmed and Mentally Harmed do Them Forcing me to do Dangerious and deadly medication which can Cause death without The Supervision of A Doctor in A Hospital and Mental Stress Do To Unwanted Doctor Visits.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

and deadly medications when I wasn't under the supervision or Directions of A Doctor in A Hospital Almost Causing me To Die and giving me Heart problems. and Causing me physical harm Emotional and mental stress and harm The Date when I almost Die was 3-15-22 in West Valley detention center. 2B Dayroom The whole Incident should be on video, Via Jailhouse Security. Also The day They sent me To The Program Sentenced in Victorville court on 8-3-21 on video Via Victorvilles court house Security System During A conflict of Interest with my attorney The Judge crulely sentenced me To Compedency when I demanded Trial and The Bailiff and several deputy Committed an assult on me by Hitting me and Beating on me in shackles and leg Irons Totally Defenseless Also when I compleated the compedency Program and in may we set a Trial Date For July 22. 2022 all on record in The court of Law Victorville court never Took me To Trial or Court but postponed Time with out my permission For Compedency when I Just Finished the Program and rudely and crulely sent me back To The doctors and Tryed to Force me To Take medication when I'm not on any medications which is Crule and unusal punishment, Terture and Attempted Murder on Inmate.

September 22, 2022            Robert Gene L.
_____(Date)_____              _____(Signature of Plaintiff)_____

## D. CLAIMS*

### CLAIM I

The following civil right has been violated:

My civil rights as well as my US constitutional rights as well as my meranda rights have been violated. Knowing and willingly in Victorville court house by my Defense attorneys, The Judges and Sheriffs. First off my Eight Amendment of my US constitutional rights, Fourteenth Amendment, Sixth Amendment, First Amendment, my rights to Adequate defense in the court of Law, my Right to A 30 day Fair and Speedy Trial, my right to A Demand for Trial, my rights to go Proper and represent my self in Trial, And my rights to A Jury Trial.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On my first court date I demanded A 30 day Speedy Trial and declined A 6 months with half no probation because I expected A 30 day Speedy Trial. They never took to Trial, turned my mistermeaner into A Feloncy bound me over to Superior Court denied me Trial and Proper all on record. In Superior Court when I demanded a 30 day Fair and Speedy Trial They postponed me time with out my consent and Deemed me Incompedent to stand Trial and postponed my court date for over a year placing me in A compedency program in which I never agreed to and In the program they forced me to do Dangerious

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

1.

United States District courts.

    I believe this Jail West Valley detention center and Victorville court as well as Adelanto detention center are Involved in A Hatred plot against me and my life. I believe this Jail may be envolved in Eighter The Mafia, MoB or maybe The Church of Satan or an other sort of Organized Crime Factor, First off There Holding me hostage and are Trying To Harm me or Kill me with perscription Meds which are not mine or perscribed To me by a doctor in A hospital and when I refused The medications They Hog Tied me and Injected me with The medications Any ways almost causing me To die which effected my heart and chest as well as my breathing. I believe Victorville Court house and West Valleys Medical staff and physcians are Trying To Harm me or Kill with perscription medications A physcian named Mitchel and Also I believe There's A nurse Envolved by the name of Michelle who works in West Valley detention centers Competency program who distributes The medications I seen her in The court room more Then Twice when They objected To me passing The Competency program I believe She may be

→

part of The cause behind Them placing me in The competency program more Then once and The cause behind Them Trying To overdose me off medication Trying To Harm me or kill with medication and I believe They are Trying To use Medication & The competency program as A way To commit murder and make it look like A Accidental death or drug overdose or medical malpractice or suicide. I believe if you get The Videos From The Competency program and The Videos From The Court house you most likely get A positive match unless she has an Identical Twin who work in The court house. I also believe She and The physcian and The Bailiff and a few officer here in WestValley and Victorville are eighter From A Street gang called Opal street in boyle Heights or members of The Gambino Crime family; They already made Two attempts on my life since I been I West Vally Detention Center Through physciatric medication and Forced Injections as well as a Brutle Assult on me in Victor-Ville court house and A Assult and Attempted murder on me in westValley 2B Day room I wish To File A Lawsuite on westValley & Victor Ville I believe There Involved with Organized Crime. Robert Gencl # 2103080066



