**UNITED STATES DISTRICT COURT**                                          JS-6
**CENTRAL DISTRICT OF CALIFORNIA**

### CIVIL MINUTES -- GENERAL

Case No.   **CV 23-0332-JFW(DFM)**                           Date: May 12, 2023

Title:      Robert Genel -*v*- Judge, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

**Shannon Reilly**                          **None Present**
**Courtroom Deputy**                        **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANTS:**
None                                        None

**PROCEEDINGS (IN CHAMBERS):**    **ORDER DISMISSING CASE FOR FAILURE TO PAY
                                  FULL FILING FEE OR FILE A COMPLETE REQUEST
                                  FOR *IN FORMA PAUPERIS* STATUS**

        All parties instituting a civil action, suit, or proceeding in a district court of the United States must pay a filing fee.  28 U.S.C. § 1914(a).  An action may proceed despite a party's failure to pay the filing fee only if the party is granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1).  However, prisoners must still pay the filing fee but may do so through monthly payments if granted *in forma pauperis* status.  28 U.S.C. § 1915(b).

        On February 27, 2023, Plaintiff, an inmate incarcerated at the West Valley Detention Center, filed a Complaint with an accompanying request to proceed *in forma pauperis* ("Request"). (Dkts. 1, 2).  On March 24, 2023, the Court postponed ruling on the Request because it was incomplete.  (Dkt. 4).  The Court directed Plaintiff to refile his Request, including with the missing information, or pay the full filing fee.  (*Id.*).  The Court warned that if Plaintiff did not comply within 30 days, the case would be dismissed without prejudice.  (*Id.*).

        To date Plaintiff has not paid the filing fee or otherwise responded to the Court's order requiring him to do so.  Accordingly, this action is **DISMISSED without prejudice**.  *See, e.g., Allen v. United States Dist. Ct. Dist. of Nevada*, 2022 WL 16702429, at *2 (D. Nev. Oct. 25, 2022) (dismissing § 1983 action where inmate failed to pay full filing fee or file a complete request for *in forma pauperis* status).

        IT IS SO ORDERED.

Initials of Deputy Clerk  _sr_